[No. 17068–6–I.   Division One.   October 13, 1986.]

GLENDA HERTEL, *as Guardian ad Litem, Appellant,*
v. CURTIS D. SMITH, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84–2–02750–7, Daniel T. Kershner, J., entered August 20, 1985. *Affirmed* by unpublished opinion per Dore, J. Pro Tem., concurred in by Holte and Stewart, JJ. Pro Tem.

[No. 14639–4–I.   Division Three.   October 13, 1986.]

AMERICAN MEMORIAL SERVICES, INC., *Plaintiff,* v. KENT
HIGHLANDS, INC., *Appellant,* ENVIRONMENTAL
RESEARCH AND DEVELOPMENT COMPANY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–16311–4, Lloyd W. Bever, J., entered March 23, 1984. *Reversed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.

[No. 15853–8–I.   Division One.   October 13, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v.
ARTHUR SCHROEDER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84–1–00060–5, Dennis J. Britt, J., entered January 4, 1985. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Pekelis, J.